### SALTER cont^a CALLEY

Cap^tn Richard Salter plaint. cont^a Joseph Calley Defend^t for not paying the Summe of Forty Six pounds fourteen Shillings eight pence Sterling due upon the Forfiture of a bond according to attachm^t. . . . The Jury . . . found for the plaint. Forty Six pounds fourteen Shillings eight pence money being the Forfiture of the bond and costs of Court granted thirty two Shillings eightpence

Execution issued. 4° Feb^r 1679.